WMC

FILED

07 OCT 30 AM 10: 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2558

BY:    POR    DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Armando PEREZ-Rangel,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **October 29, 2007** within the Southern District of California, defendant, **Armando PEREZ-Rangel,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF **OCTOBER, 2007.**

_____
Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Armando PEREZ-Rangel**

## PROBABLE CAUSE STATEMENT

On October 29, 2007, Senior Patrol Agent A. Markle was assigned to line-watch duties in the vicinity of Jamul, California. This area is approximately five miles north of the International Boundary between the United States and Mexico and approximately 12 miles east of the Otay Mesa, California Port-of-Entry. Agent Markle was assisting other Border Patrol Agents in locating a group of suspected illegal entrant aliens when he responded to a report from the Inframetric Scope Operator, Senior Patrol Agent D. Povoli, concerning three individuals walking through a field south of the Rancho Jamul Estates housing development in Jamul, California. Agent Markle arrived north of this area at approximately 4:00 AM, and positioned himself on a trail that is commonly used by illegal entrant aliens while furthering their illegal entry into the United States.

Approximately five minutes after the report from Agent Povoli, Agent Markle, because of the almost full moon, observed three individuals walking on this trail towards his location. Agent Markle awaited their arrival. When these three individuals reached Agent Markle's location, he identified himself as a Border Patrol Agent and individually questioned them concerning their citizenship. All three individuals, including one later identified as the defendant, **Armando PEREZ-Rangel**, stated that they were citizens and nationals of Mexico illegally present in the United States. All three individuals, including the defendant, were arrested and transported to the United States Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 26, 2007** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico and that he was present in the United States without being in possession of any immigration documents that would allow him to enter or remain this country.